# EXHIBIT B

## Complaint to Trans Union, LLC

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

SUSAN BARTKO,                                    CIVIL DIVISION

       *Plaintiff,*                           **ELECTRONICALLY FILED**

      vs.                                     Case No. GD-21-009595

TD BANK USA N.A., and TRANS UNION LLC,

      *Defendants.*

### COMPLAINT IN CIVIL ACTION

AND NOW, comes Plaintiff, Susan Bartko, by and through the undersigned counsel, J.P. Ward & Associates, LLC and, specifically, Joshua P. Ward, Esquire, who files the within Complaint in Civil Action, against Defendant TD Bank USA N.A. and TransUnion LLC, of which the following is a statement:

### PARTIES

1.     Plaintiff, Susan Bartko (hereinafter "Plaintiff"), is an adult individual who currently resides at 49 Glenburn Drive, Pittsburgh, Pennsylvania 15236.

2.     Defendant, TD Bank USA N.A. (hereinafter "TD Bank"), is a corporation that furnishes consumer credit information, with its principal place of business located at 7000 Target Parkway North, MS-NCB-0464, Brooklyn Park, Minnesota 55445.

3.     Defendant TransUnion LLC ("TransUnion") is a consumer credit reporting agency with its headquarters located at 555 W. Adams Street, Chicago, Illinois.

### JURISDICTION AND VENUE

2

4.      Jurisdiction is proper as Plaintiff brings this lawsuit under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (hereinafter, the "FCRA").

5.      Venue is proper pursuant to Pa.R.C.P. 2179(a)(3) as both TD Bank and TransUnion regularly conduct business in Allegheny County, Pennsylvania.

## PROCEDURAL HISTORY AND FACTUAL ALLEGATIONS

6.      Plaintiff was the owner of a Target branded TD Bank credit card account (the "Account") with account number           .

7.      During the regular course of its business, TD Bank furnished Account information to TransUnion relating to Plaintiff.

8.      On November 15, 2018, TD Bank, filed a Civil Complaint against Plaintiff and her husband, Harry Bartko, to recover an alleged outstanding balance on the Account in Magisterial District Court at Docket Number: MJ-05216-CV-0000358-2018. A true and correct copy of the Docket is attached hereto, made a part hereof, and marked as Exhibit "A".

9.      In response to the aforesaid lawsuit, Plaintiff engaged J.P. Ward & Associates, LLC f/k/a The Law Firm of Fenters Ward (hereinafter "The Law Firm") for representation.

10.     On January 8, 2019, The Law Firm served TD Bank with a letter, (hereinafter, the "First Dispute Letter") wherein TD Bank was informed that Plaintiff disputed the Account and that she disputed the nature of the alleged debt, and that Plaintiff was represented by counsel. A true and correct copy of the First Dispute Letter is attached hereto, made a part hereof, and marked as Exhibit "B".

11.     This First Dispute Letter stated that Plaintiff "denie[d] owing TD Bank USA N.A. As Successor in Interest to Target National Bank any amount of money" and informed TD Bank that Plaintiff disputed any and all "Debts" TD Bank claimed to possess. See Exhibit "B".

3

12.     "Debts" as defined within the First Letter of Dispute delineated and included "any related debt(s) and/or credit account(s) your company [TD Bank] claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter. See Exhibit "B".

13.     Furthermore, TD Bank was directed to cease and desist from contacting Plaintiff directly. See Exhibit "B".

14.     On January 8, 2019, The Law Firm filed an Entry of Appearance and an Intent to Defend on Plaintiff's behalf. True and correct copies of the Entry of Appearance and Notice of Intent to Defend are attached hereto, made a part hereof, and marked as Exhibit "C".

15.     On January 22, 2019, a Civil Action Hearing was held before the Honorable Michael W. Thatcher, Magisterial District Judge. See Exhibit "A".

16.     On January 22, 2019, at the conclusion of the Civil Action hearing, Judge Michael W. Thatcher granted a JUDGMENT FOR DEFENDANT in favor of Plaintiff and her husband Harry Bartko and against TD Bank. A true and correct copy of the Notice of Judgment is attached hereto, made a part hereof, and marked as Exhibit "D".

17.     On February 21, 2019, TD Bank's appeal period expired, making the Judgment for defendant of Judge Michael W. Thatcher a final judgment which then rendered the alleged debt extinguished, invalid, and unenforceable.

18.     On November 27, 2019, The Law Firm sent a Notice of Dispute of Trade Line letter to TransUnion (the "TransUnion Dispute Letter") regarding the trade line associated with the aforementioned alleged and disputed debt. A true and correct copy of the TransUnion Dispute Letter is attached hereto, made a part hereof, and marked as Exhibit "E".

19.     Plaintiff alleges on information and belief that TransUnion forwarded the TransUnion Dispute Letter to TD Bank pursuant to 15 U.S.C. 1681i(a)(2).

20.     Plaintiff never received a response from TransUnion regarding the TransUnion Dispute Letter.

21.     On March 2, 2020, Plaintiff obtained an updated TransUnion credit report. A true and correct copy of the March 2, 2020 credit report with the TD Bank Trade Line (the "Trade Line") is attached hereto, made a part hereof, and marked as Exhibit "F".

22.     The Trade Line reveals that TD Bank willfully caused false and inaccurate information about Plaintiff to be furnished to Transunion when TD Bank reported the alleged and disputed debt as "Pay Status: >Charged Off<." A true and correct copy of the trade line is attached hereto, made a part hereof, and marked as Exhibit "F".

23.     TD Bank furnished inaccurate information with respect to the Trade Line. TD Bank was obligated under 15 U.S.C. 1681s-2(a)(2) to remove the Trade Line after Plaintiff obtained a final judgment in her favor with respect to the Account. See Exhibit "F."

24.     TD Bank also failed to mark the Trade Line as disputed, as it was required to do pursuant to 15 U.S.C. 1681s-2(a)(3).

25.     TD Bank failed to conduct a reasonable investigation of Plaintiff's Notice of Dispute of Trade Line pursuant to 15 U.S.C. 1681s-2(b)(1)(A).

26.     A pro forma review of TD Bank's internal records would have revealed that Plaintiff disputed the Account by way of her First Dispute Letter, and that she owed nothing on the Account as a result of the judgment in her favor. See Exhibit "D."

27.     TD Bank owed Plaintiff a duty to delete the tradeline or at least to modify the trade line to reflect the disputed status of the account pursuant to 15 U.S.C. 1681s-2(b)(1)(E).

28.     TD Bank willfully caused false and inaccurate information about Plaintiff to be furnished to TransUnion when TD Bank failed to remove the Trade Line pertaining to the alleged and extinguished debt, despite the fact that a final judgment on the merits was granted in favor of Plaintiff.

29.     Alternatively, TD Bank was negligent in its duties to reinvestigate Plaintiff's disputes and continued to furnish inaccurate information concerning Plaintiff after she obtained a final judgment in her favor.

30.     TransUnion kept the inaccurate information on Plaintiff's credit profile despite being notified that the information was inaccurate and disputed.

31.     TD Bank continues to furnish inaccurate information concerning Plaintiff with respect to the Account.

32.     TransUnion continues to report the inaccurate information concerning Plaintiff with respect to the Account.

33.     As a result of the inaccurate information concerning the Account, Plaintiff has suffered damages, including but not limited to:

      a.   Lost opportunities to apply for credit while her credit was being negatively affected by the Trade Line;

      b.   Emotional distress, anguish, stress, aggravation, embarrassment and other related impairments to the enjoyment of life.

      Loss of time and resources in having to submit disputes in order to remove the Account from her credit profile after she obtained a favorable judgment.

## CAUSES OF ACTION
## COUNT I

**VIOLATIONS OF THE FCRA AS TO DEFENDANT TRANSUNION**

34.     Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

35.     TransUnion violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning the Plaintiff.

36.     As a result of this conduct, action, and inaction of TransUnion, the Plaintiff suffered damages by lost opportunities to apply for credit while her credit was being negatively affected; loss of time; and mental and emotional pain stemming from anguish, humiliation, and loss of time. TransUnion's conduct, action, and inaction was willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC § 1681n. In the alternative, it was negligent, entitling the Plaintiff to recover under 15 USC § I681o.

37.     The Plaintiff is entitled to recover costs and attorney's fees from TransUnion in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § I681o.

        **WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant, TRANSUNION LLC, for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the Court may deem just and proper.

## COUNT II
### (Violation of the FCRA - As to Defendant Trans Union LLC)

38.     Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

39.     TransUnion violated 15 U.S.C. § 1681i by failing to delete inaccurate information in the Plaintiffs credit file after receiving notice of such inaccuracies; by failing to conduct a lawful reinvestigation; by failing to maintain reasonable procedures with which to filter and verify

disputed information in the Plaintiffs credit file; and by relying upon verification from sources it has to know are unreliable.

40.     As a result of this conduct, action, and inaction of TransUnion, the Plaintiff suffered damages by lost opportunities to apply for credit while her credit was being negatively affected; loss of time; and mental and emotional pain stemming from anguish, humiliation, and loss of time.

41.     Trans Union's conduct, action, and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 USC § 1681n. In the alternative, it was negligent, entitling the Plaintiff to recover under 15 use § I681o.

42.     The Plaintiff is entitled to recover costs and attorney's fees from Trans Union in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § I681o.

        **WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant, TRANS UNION LLC, for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the Court may deem just and proper.

### COUNT III
### (Violation of the FCRA – as to Defendant, TD Bank)

43.     Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

44.     TD Bank furnished inaccurate credit information with respect to the Account to TransUnion, and through TransUnion, to all of Plaintiff s potential lenders on multiple occasions.

45.     TD Bank violated 15 U.S.C. § 1681s-2(b) by failing to fully and properly investigate Plaintiff's dispute of the TD Bank Account and Trade Line; by failing to review all relevant information regarding same; by failing to accurately respond to TransUnion; by failing to correctly

report results of an accurate investigation to every other credit reporting agency; and by failing to permanently and lawfully correct its own internal records to prevent the re-reporting of the Trade Line considering the final judgment in Plaintiff's favor.

46.    TD Bank violated 15 U.S.C. §1681s-2(b) by continuing to furnish inaccurate information to TransUnion after TD Bank was notified that the information was inaccurate.

47.    TD Bank did not have any reasonable basis to believe that the Plaintiff was responsible for the Account. It also had substantial evidence by which to have verified that the Plaintiff did not owe the alleged debt on the Account in light of the final judgment in Plaintiff's favor. TD Bank knowingly chose to follow procedures which did not review, confirm, or verify the accuracy of the information in question. Further, even if TD Bank would attempt to plea ignorance, it had all the evidence and information with which to confirm and recognize the Plaintiff did not owe anything on the Account in light of the final judgment in Plaintiff's favor.

48.    As a result of this conduct, action, and inaction of TD Bank, Plaintiff suffered damages by lost opportunities to apply for credit while her credit was being negatively affected; loss of time; and mental and emotional pain stemming from anguish, humiliation, and loss of time.

49.    TD Bank's conduct, action, and inaction as willful, rendering it liable for actual or statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

50.    The Plaintiff is entitled to recover costs and attorney's fees from TD Bank in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o.

    **WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant, TD BANK, for statutory damages, punitive damages, actual

damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any

other such relief the Court may deem just and proper.

**JURY TRIAL DEMANDED UPON APPEAL OR REMOVAL.**


Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**


Date: January 20, 2022                         By: _____

Joshua P. Ward (Pa. I.D. No. 320347)
John V. Moore (Pa. I.D. No. 87333)

J.P. WARD & ASSOCIATES, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

## VERIFICATION

I, JOSHUA P. WARD, ESQ., have read the foregoing COMPLAINT and verify that the statements therein are correct to the best of my personal knowledge, information, and/or belief. I have gained this information from discussions with Plaintiff. This verification is made on behalf of Plaintiff. Plaintiff will produce their verification if/when there is an objection by Defendant or upon directive from the court.

I understand that this verification is made subject to the penalties of 18 Pa. C.S.A. 4904 relating to unsworn falsification to authorities, which provides that if I knowingly make false averments, I may be subject to criminal penalties.

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: January 20, 2022

By: _____
Joshua P. Ward (Pa. I.D. No. 320347)
John V. Moore (Pa. I.D. No. 87333)

J.P. WARD & ASSOCIATES, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true and correct copy of the forgoing Complaint in Civil Action upon the following persons listed below via first class mail, postage prepaid pursuant to Pa. R.C.P. 440:

TD Bank USA, N.A.
7000 Target Parkway North, MS-NCB-0464
Brooklyn Park, Minnesota 55445

TransUnion, LLC
555 West Adams Street
Chicago, Illinois 60661

**J.P. WARD & ASSOCIATES, LLC**

Date: January 20, 2022

By: _____
Joshua P. Ward (Pa. I.D. No. 320347)
John V. Moore (Pa. I.D. No. 87333)

J.P. WARD & ASSOCIATES, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

# EXHIBIT A

# Magisterial District Judge 05-2-16

## DOCKET



Docket Number: MJ-05216-CV-0000358-2018

# Civil Docket



TD Bank USA N A As Successor In Interest To Target National Bank
v.
Susan  Bartko, Harry B Bartko

Page 1 of 3

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Michael W. Thatcher | File Date: | 11/15/2018 |
| Claim Amount: | $1,915.93 | Case Status: | Closed |
| Judgment Amount: | | County: | Allegheny |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 01/08/2019 | 10:00 am | Courtroom: MDJ-05-2-16 | Magisterial District Judge Michael W. Thatcher | Continued |
| Civil Action Hearing | 01/22/2019 | 10:00 am | Courtroom: MDJ-05-2-16 | Magisterial District Judge Michael W. Thatcher | Scheduled |

## CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Bartko, Susan | Pittsburgh, PA 15236 |
| Defendant | Bartko, Harry B. | Pittsburgh, PA 15236 |
| Plaintiff | TD Bank USA N A As Successor In Interest To Target National Bank | Canonsburg, PA 15317 |

## DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-05216-CV-0000358-2018 | TD Bank USA N A As Successor In Interest To Target National Bank | Susan Bartko | Judgment for Defendant | 01/22/2019 |
| MJ-05216-CV-0000358-2018 | TD Bank USA N A As Successor In Interest To Target National Bank | Harry B. Bartko | Judgment for Defendant | 01/22/2019 |

MDJS 1200

Printed: 05/20/2020  4:11 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# Magisterial District Judge 05-2-16

## DOCKET

Docket Number: MJ-05216-CV-0000358-2018

# Civil Docket

TD Bank USA N A As Successor In Interest To Target National Bank
v.
Susan  Bartko, Harry B Bartko

Page 2 of 3

## ATTORNEY INFORMATION

**Private**

Name:  Gregg Lawrence Morris, Esq.

Representing:  TD Bank USA N A As Successor In Interest To Tar

Counsel Status:  Active - Entry of Appearance

Supreme Court No.:  069006

Phone No.:  412-429-7675

Address:       Patenaude & Felix APC
501 Corporate Drive
Southpointe Center Suite 205
Canonsburg, PA  15317

Entry of Appearance Filed Dt:  11/15/2018

Withdrawal of Entry of Appearance Filed Dt:

**Private**

Name:  Brian J. Fenters, Esq.

Representing:  Bartko, Harry B.

Counsel Status:  Active - Entry of Appearance

Supreme Court No.:  320202

Phone No.:  412-545-3016

Address:       201 S Highland Ave
Ste 201
Pittsburgh, PA  15206

Entry of Appearance Filed Dt:  01/08/2019

Withdrawal of Entry of Appearance Filed Dt:

**Private**

Name:  Bryan Jon Polas, Esq.

Representing:  TD Bank USA N A As Successor In Interest To Tar

Counsel Status:  Active - Entry of Appearance

Supreme Court No.:  322175

Phone No.:  412-429-7675

Address:       501 Corporate Drive
Suite 2015
Canonsburg, PA  15317

Entry of Appearance Filed Dt:  11/15/2018

Withdrawal of Entry of Appearance Filed Dt:

**Private**

Name:  Brian J. Fenters, Esq.

Representing:  Bartko, Susan

Counsel Status:  Active - Entry of Appearance

Supreme Court No.:  320202

Phone No.:  412-545-3016

Address:       201 S Highland Ave
Ste 201
Pittsburgh, PA  15206

Entry of Appearance Filed Dt:  01/08/2019

Withdrawal of Entry of Appearance Filed Dt:

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of
the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or
omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in
the court wherein the record is maintained.

# Magisterial District Judge 05-2-16

## DOCKET

Docket Number: MJ-05216-CV-0000358-2018

# Civil Docket



TD Bank USA N A As Successor In Interest To Target National Bank
v.
Susan  Bartko, Harry B Bartko

Page 3 of 3

## DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 01/22/2019 | Judgment for Defendant | Magisterial District Court 05-2-16 | Harry B. Bartko, Defendant |
| 01/22/2019 | Judgment for Defendant | Magisterial District Court 05-2-16 | Susan Bartko, Defendant |
| 01/08/2019 | Intent to Defend Filed | Susan Bartko | Susan Bartko, Defendant |
| | | Harry B. Bartko | Harry B. Bartko, Defendant |
| 01/08/2019 | Entry of Appearance Filed | Brian J. Fenters, Esq. | Harry B. Bartko, Defendant |
| 01/08/2019 | Entry of Appearance Filed | Brian J. Fenters, Esq. | Susan Bartko, Defendant |
| 12/28/2018 | Certified Civil Complaint Unclaimed | Magisterial District Court 05-2-16 | Harry B. Bartko, Defendant |
| 11/20/2018 | Certified Civil Complaint Accepted | Magisterial District Court 05-2-16 | Susan Bartko, Defendant |
| 11/15/2018 | Certified Civil Complaint Issued | Magisterial District Court 05-2-16 | Harry B. Bartko, Defendant |
| 11/15/2018 | Certified Civil Complaint Issued | Magisterial District Court 05-2-16 | Susan Bartko, Defendant |
| 11/15/2018 | Entry of Appearance Filed | Gregg Lawrence Morris, Esq. | TD Bank USA N A As Successor In Interest To Target National Bank, Plaintiff |
| 11/15/2018 | Civil Complaint Filed | TD Bank USA N A As Successor In Interest To Target National Bank | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

EXHIBIT B



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

412.545.3016 OFFICE
412.540.3399    FAX

January 8, 2019

TD Bank USA N.A. As Successor In Interest
To Target National Bank
%Gregg Lawrence Morris, Esq.
Patenaude & Felix APC
501 Corporate Drive
Southpointe Center Suite 205
Canonsburg, PA  15317

**Sent via U.S. Mail**

Re:  Our Client:        Susan Bartko, Harry B Bartko
     Docket Number:   MJ-05216-CV-0000358-2018
     Account #'s:      xxx

To Whom It May Concern:

Please accept this letter as confirmation of my representation of **Susan Bartko, Harry B Bartko** with a current address of **49 Glenburn Drive, Pittsburgh, PA  15236.** My representation of the above-mentioned client includes any related debt(s) and/or credit account(s) your company claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter (the "Debts"). Please cease and desist any further communications with my client as it relates to the collection of Debts.

According to my client, your company has been reporting the above-referenced accounts to collection and/or credit agencies. My client denies owing **TD Bank USA N.A. As Successor In Interest To Target National Bank.** any amount of money and demands proof of liability, accounting and ownership of these alleged accounts. The proof shall include any agreements and any amendments thereto, any other written or signed documents agreed to by my client, as well as, a complete history of billing statements reflecting how you calculated the current amount claimed, owed, reported to the collection and/or credit agencies and complete copies of any assignment documentation evidencing your ownership rights to the specific accounts.

Pursuant to the Consumer Financial Protection Act (**CFPA**) 12 U.S.C. 5533(a) and the Fair Debt Collection Practices Act (**FDCPA**) 15 U.S.C. § 1692 et seq. we request that you provide additional documents related to the Debt you claim is owed by our client:

1. the original account-level documentation reflecting all purchases, payments, or other actual uses of the account;

2. a document signed by our client evidencing the opening of the account forming the basis for the debt;

3. the name of the creditor at the time of charge-off, including the name under which the creditor did business with our client;

4. the last four digits of the account number associated with the debt at the time our client's last monthly account statement, or, if not available, at the time of charge-off; the charge-off balance;

5. **TD Bank USA N.A. As Successor In Interest To Target National Bank** method of calculating any amount claimed in excess of the charge-off balance;

6. a copy of the statement where **TD Bank USA N.A. As Successor In Interest To Target National Bank** offered to provide our client (within 30 days of a written request) with copies of a document signed by our client evidencing the opening of the account forming the basis for the debt; and the original account-level documentation reflecting a purchase, payment, or other actual use of the account.

Please be advised that at all times relative hereto, we are disputing this debt under the FDCPA, FCRA, FCEUA and/or the UTPCPL. **AS SUCH YOU MUST 1) NOTIFY ANY CRAs YOU HAVE FURNISHED INFORMATION TO THAT THIS TRADE LINE IS DISPUTED; 2) YOU MUST CEASE ALL COLLECTION ATTEMPTS AND DELETE THE TRADE LINE UPON FINAL DISMISSAL OF THE DEBT COLLECTION LAWSUIT IF JUDGMENT IS RENDERED IN FAVOR OF DEFENDANT.** You may direct the requested proof to my office at the address listed above. **YOU HAVE THIRTY (30) DAYS TO PROVIDE THE REQUESTED PROOFS.** All future correspondence or contact shall be directed to my office until my office provides written confirmation of termination of legal representation, if such termination should ever occur. **YOU MUST PROVIDE THIS NOTICE TO ANY ASSIGNEE, TRANSFEREE OR SUBSEQUENT OWNER OF THIS OR ANY DEBT. IF YOU FAIL IN ANY OF THESE REGARDS, YOU WILL BE SUBJECT TO LIABILITY UNDER FEDERAL AND STATE CONSUMER PROTECTION LAWS.**

Very Truly Yours,

*/s/ Joshua P Ward, Esq.*

Joshua P. Ward, Esq.
Direct Dial: (412) 545-3015
Email: jward@fentersward.com

JPW/maf
cc: Susan Bartko, Harry B Bartko

EXHIBIT C

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF  ALLEGHENY



**ENTRY OF APPEARANCE
PURSUANT TO PARCPMDJ
207.1(A)**

Mag. Dist. No: 05-2-16
MDJ Name: Honorable Michael W Thatcher
Address:  343 Old Curry Hollow Road
Pittsburgh, PA  15236
Telephone: (412) 653-2101

TD Bank USA
v.

Susan Bartko, Harry Bartko

Docket No:  CV-358-2018
Case Filed:  11/15/18

**TO THE MAGISTERIAL DISTRICT COURT:**

      Please enter my appearance on behalf of  Defendants Susan Bartko, Harry B Bartko
In the above captioned matter.

Attorney Name:  Brian J Fenters

Supreme Court of Pennsylvania Attorney Identification Number:  320202

Firm Name:  The Law Firm of Fenters Ward

Address:  201 South Highland Ave., Suite 201

City, ST, Zip: Pittsburgh, PA  15206

Telephone Number:  (412) 545-3016

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

/s/ Brian J Fenters

**Signature of Applicant**

01/07/19

**Date**

**FREE INTERPRETER**
www.pacourts.us/language-rights

THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

**412-545-3016** OFFICE
412-540-3399   FAX

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

January 7, 2019

Magisterial District Number: 05-2-16

Honorable Michael W. Thatcher

343 Old Curry Hollow Road

Pittsburgh, PA 15236

Phone: 412-653-2102

Sent via fax: 412-653-0221

**RE:**   **CV-358-2018. TD Bank USA N A As Successor In Interest To Target National Bank V Susan Bartko, Harry B Bartko**

## INTENT TO DEFEND NOTICE:

DEFENDANT INTENDS TO ENTER A DEFENSE. PLEASE CONSIDER THIS NOTICE PER Pa. R. Civ. P. MAG DIST J RULE 305(4)(a).

PLEASE NOTIFY THE PLAINTIFF THAT DEFENDANT HAS ENTERED NOTICE TO DEFEND PER Pa. R. Civ. P. MAG DIST J RULE 318.

ALSO, PLEASE UPDATE THE DOCKECT TO SHOW THAT DEFENDANT INTENDS TO DEFEND AS WELL AS OUR ENTRY OF APPEARANCE.

Sincerely,

*/s/ Brian Fenters*

Brian J. Fenters, Esq.
bfenters@fentersward.com
PA Bar# 320202
412-545-3016

BF/maf
CC: Susan & Harry Bartko

EXHIBIT D

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY



**NOTICE OF JUDGMENT/TRANSCRIPT**
**CIVIL CASE**

| | |
|---|---|
| Mag. Dist. No: | MDJ-05-2-16 |
| MDJ Name: | Honorable Michael W. Thatcher |
| Address: | 343 Old Curry Hollow Road |
| | Pittsburgh, PA 15236 |
| Telephone: | 412-653-2102 |

Brian J. Fenters, Esq.
201 S Highland Ave
Ste 201
Pittsburgh, PA 15206

TD Bank USA N A As Successor In Interest To
Target National Bank
v.
Susan Bartko, Harry B Bartko

Docket No:   MJ-05216-CV-0000358-2018
Case Filed:   11/15/2018

---

**Disposition Details**

**Disposition Summary** (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-05216-CV-0000358-2018 | TD Bank USA N A As Successor In Interest To Target National Bank | Susan Bartko | Judgment for Defendant | 01/22/2019 |
| MJ-05216-CV-0000358-2018 | TD Bank USA N A As Successor In Interest To Target National Bank | Harry B Bartko | Judgment for Defendant | 01/22/2019 |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

**JAN 22 2019**                *Michael W Thatcher*
_____              _____
Date                          Magisterial District Judge Thatcher

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____              _____
Date                          Magisterial District Judge

**FREE INTERPRETER**
www.pacourts.us/language-rights
412-350-5419

TD Bank USA N A As Successor In Interest To
Target National Bank
v.
Susan Bartko, Harry B Bartko

Docket No.: MJ-05216-CV-0000358-2018

# Participant List

### Private(s)

Brian J. Fenters, Esq.
201S Highland Ave
Ste 201
Pittsburgh, PA 15206

Gregg Lawrence Morris, Esq.
Patenaude & Felix APC
501 Corporate Drive
Southpointe Center Suite 205
Canonsburg, PA 15317

Bryan Jon Polas, Esq.
501 Corporate Drive
Suite 2015
Canonsburg, PA 15317

### Plaintiff(s)

TD Bank USA N A As Successor In Interest To Target National Bank
C/O Patenaude & Felix APC
501 Coroporate Dr Southpoint Center Ste 205
Canonsburg, PA 15317

### Defendant(s)

Harry B Bartko
49 Glenburn Dr
Pittsburgh, PA 15236

Susan Bartko
49 Glenburn Drive
Pittsburgh, PA 15236

FREE INTERPRETER
www.pacourts.us/language-rights
412-350-5419

# EXHIBIT E



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

412-545-3016 OFFICE
412-540-3399   FAX

NOVEMBER 27, 2019

## *SENT VIA FIRST CLASS MAIL*

TRANSUNION
P.O. BOX 1000
CHESTER, PA 19022

RE:   **FCRA – NOTICE OF DISPUTED TRADE LINE - 15 U.S.C.A. 1681I (A)(2).**
    NAME:            SUSAN M. BARTKO
    ADDRESS:        49 GLENBURN DRIVE, PITTSBURGH, PA 15236
    DOB:
    SSN:
    ACCOUNT NO:    IN THE AMOUNT OF $1,915.93
    FURNISHER:     TD BANK AS SUCCESSOR IN INTEREST TO TARGET
                        NATIONAL BANK

TO WHOM IT MAY CONCERN:

    PLEASE BE ADVISED THAT THE LAW FIRM OF FENTERS WARD REPRESENTS
THE ABOVE-NAMED CLIENT, AS ATTORNEY-IN-FACT, AND DULY AUTHORIZED AGENT,
WITH RESPECT TO A DEBT-COLLECTION LAWSUIT. THIS LETTER SHALL SERVE AS
FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE
LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE.

    WE HAVE NOTIFIED THE CREDITOR AND/OR FURNISHER OF THIS DISPUTE
NOTICE, AND HAVE DISPUTED THE VALIDITY OF THE OBLIGATION IN ITS ENTIRETY
WITH THE FURNISHER/CREDITOR.

    AS A CREDIT REPORTING AGENCY, YOU MUST AGAIN NOTIFY THE FURNISHER
OF THE DISPUTE. BE ADVISED THAT WE EXPECT TO PREVAIL IN THE UNDERLYING
LAWSUIT, AND OBTAIN A FINAL COURT ORDER RENDERING THE ALLEGED
OBLIGATION UNENFORCEABLE, INVALID, AND NON-EXISTENT. THEREFORE, THE
FURNISHER HAS A DUTY TO REMOVE THE TRADE LINE FROM OUR CLIENT'S CREDIT
REPORT AT THAT TIME. SHOULD THE FURNISHER FAIL TO REMOVE THE TRADE LINE,
WE WILL FILE A CIVIL LAWSUIT AGAINST THE FURNISHER, PURSUANT TO 15 U.S.C.A.
§§ 1681S–2(B), 1681(N) AND (O).

    **KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO
15 U.S.C.A. 1681I (A)(2).** THANK YOU FOR YOUR ANTICIPATED COOPERATION IN
THIS MATTER.

                    VERY TRULY YOURS,

                    */S/ JOSHUA P WARD, ESQ.*

                    JOSHUA P. WARD, ESQUIRE
                    JWARD@FENTERSWARD.COM
                    (412) 545-3015

JPW/MAF

EXHIBIT F

*** 379607271-021 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

03/02/2020



**Information for Good.**

PBPN4M00202188-I027931-069208180

JOSHUA P WARD/LAW FIRM OF FENTERSWARD
201 S HIGHLAND AVE 201
PITTSBURGH, PA 15206

RECEIVED

MAR 0 9 2020

RE: Consumer

SUSAN M. BARTKO
49 GLENBURN DR
PITTSBURGH, PA 15236-3727

Enclosed is the TransUnion Personal Credit Report that you requested on behalf of the above-referenced consumer. As a trusted leader in the consumer credit information industry, TransUnion, LLC takes the accuracy of the consumer's credit information very seriously. We are committed to providing the complete and reliable credit information that the consumer needs to participate in everyday transactions and purchases.

If the consumer believes an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

Thank you for helping ensure the accuracy of the enclosed credit information.

For frequently asked questions about the consumer's credit report, please visit
http://transunion.com/consumer .



## TransUnion Credit Score

SUSAN M. BARTKO

### YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>03/02/2020 | ![] 850 780 720 660 600 300<br><br>Unavailable<br>(See Below) | ![] 100% 50% 0%<br><br>Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

### Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information Concerning <u>Your</u> TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- One or more accounts contain medical information. Any information following 'Medical-' is not displayed to anyone but you except where permitted by law.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added ›brackets‹ or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).



**File Number:**
**Date Issued:** 03/02/2020

**Page:** 1 of 8



## Personal Information

You have been on our files since 05/01/1984

**SSN:**

**Date of Birth:**

**Names Reported:** SUSAN M. BARTKO, SUSAN MARIE BARTKO, SUE M. BARTKO, SUE BARTKO, and SUSAN M. BOROSS

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 49 GLENBURN DR, PITTSBURGH, PA 15236-3727 | 06/11/2007 | 511 PAYNE HILL RD APT 240V, JEFFERSON HILLS, PA 15025-4039 | 12/11/2005 |
| 511 PAYNE HILL RD APT 240, CLAIRTON, PA 15025-4039 | 01/12/2007 | 76 MANOR DR APT 15037, BROOKEVILLE, MD 20833 | 04/30/2004 |
| 937 GARY AVE, CLAIRTON, PA 15025-1107 | | | |

### Telephone Numbers Reported:

### Employment Data Reported:

| Employer Name | Date Verified | Location | Position | Date Hired |
|---|---|---|---|---|
| USPS | 08/31/2017 | PITTSBURGH, PA | SUPERVISOR | |
| UNITED STATES POSTAL SERVICE | 11/30/2016 | PITTSBURGH, PA | ACTING MANAGER | |
| UNITED POSTAL SERVICE | 04/22/2010 | | POSTAL | |
| U S POSTAL SVCE | 12/12/2003 | | | |
| US POSTAL SVC | 02/01/2000 | | CARRIER | 02/01/1995 |
| BLUE CROSS OF W PA | 09/01/1987 | PITTSBURG, PA | | |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | | C/O | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

**CBG**   CLOSED BY CREDIT GRANTOR          **>PRL<**   UNPAID BALANCE CHARGED OFF

## Adverse Accounts



**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for SUSAN M. BARTKO      File Number:     Date Issued: 03/02/2020

## TD BANK USA/TARGET CREDI ( NCD-0450, PO BOX 1470, MINNEAPOLIS, MN 55440, Phone number not available )

| | | | |
|---|---|---|---|
| **Date Opened:** | 10/25/2000 | **Date Updated:** 02/12/2020 | **Pay Status:** >Charged Off< |
| **Responsibility:** | Joint Account | **Payment Received:** $0 | **Terms:** Paid Monthly |
| **Account Type:** | Revolving Account | **Last Payment Made:** 03/16/2015 | **Date Closed:** 11/11/2015 |
| **Loan Type:** | CREDIT CARD | **Original Charge-off:** $1,915 | >Maximum Delinquency of 120 days in 09/2015 for $278 and in 10/2015 for $363< |

**High Balance:** High balance of $1,915 from 12/2019 to 02/2020
**Credit Limit:** Credit limit of $1,500 from 12/2019 to 02/2020
**Estimated month and year that this item will be removed:** 12/2021

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $1,915 | $1,915 | $1,915 | | | | | | | | | |
| **Scheduled Payment** | | $0 | $0 | | | | | | | | | |
| **Amount Paid** | $0 | $0 | $270 | | | | | | | | | |
| **Past Due** | $1,915 | $1,915 | $1,915 | | | | | | | | | |
| **Remarks** | CBG/PRL | CBG/PRL | CBG/PRL | | | | | | | | | |
| **Rating** | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | 120 | 120 | 90 | 60 | 30 | OK | OK | 30 | 30 | OK | OK | 30 | 30 | OK | OK | OK |

| | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**