# EXHIBIT C

# Summons Served on Trans Union, LLC

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| SUSAN BARTKO, | CIVIL DIVISION |
| *Plaintiff,* | **ELECTRONICALLY FILED** |
| v. | GD-21-_____ |
| TD BANK USA, N.A., | |
| *Defendant,* | **PRAECIPE FOR WRIT OF SUMMONS** |
| *and,* | |
| TRANSUNION, LLC, | |
| | Filed on Behalf of Plaintiff: |
| *Defendant.* | Susan Bartko |

Counsel of Record for this Party:
**J.P. WARD & ASSOCIATES, LLC**

Joshua P. Ward
Pa. I.D. No. 320347

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:   (412) 545-3015
Fax No.:     (412) 540-3399
E-mail:      jward@jpward.com

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| SUSAN BARTKO, | CIVIL DIVISION |
| *Plaintiff,* | **ELECTRONICALLY FILED** |
| v. | GD-21-_____ |
| TD BANK USA, N.A., | |
| *Defendant,* | **PRAECIPE FOR WRIT OF SUMMONS** |
| and, | |
| TRANSUNION, LLC, | |
| *Defendant.* | |

### PRAECIPE FOR WRIT OF SUMMONS

TO    PROTHONOTARY OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA:

Kindly issue a writ of summons in the above-captioned matter.

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: August 12, 2021

By: _____
Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff