# EXHIBIT D

## TD Bank USA, N.A.'s Consent To Removal

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

---

| | |
|---|---|
| SUSAN BARTKO, | CASE NO. |
| Plaintiff, | ELECTRONICALLY FILED |
| vs. | Judge |
| TD BANK USA, N.A., and TRANSUNION, LLC, | |
| Defendants. | |

---

### TD BANK USA, N.A.'S CONSENT TO REMOVAL
---

Defendant TD Bank USA, N.A. acknowledges its consent to removal of this action from the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania.

Dated: 2/7/2022                TD BANK USA, N.A.

                               s/ Rebecca Leonard
                               *Authorized Representative for TD Bank USA, N.A.*

Page 1 of 1