**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,**
**STATE OF PENNSYLVANIA**

---

SUSAN BARTKO,   CASE NO. GD-21-009595
       Plaintiff,

vs.

TD BANK USA, N.A., and
TRANSUNION, LLC,
       Defendants.

---

### REMOVAL ORDER

---

The Clerk of this Court is ORDERED to transfer the pleadings in this case to the Clerk of the United States District Court for the Western District of Pennsylvania.

So ORDERED this _____ day of _____, 2022.

_____
JUDGE, Court of Common Pleas of
Allegheny County, Pennsylvania

DISTRIBUTION TO:

| |
|---|
| Stanley W. Greenfield, Esq.<br>(PA #00622)<br>Greenfield & Kraut<br>6315 Forbes Ave, Suite 110A<br>Pittsburgh, PA  15217 |
| Joshua F. Ward, Esq.<br>Kyle H. Steenland, Esq.<br>J.P. Ward & Associates, LLC<br>201 South Highland Avenue, Suite 201<br>Pittsburgh, PA  15206 |