IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
STATE OF PENNSYLVANIA

| | |
|---|---|
| SUSAN BARTKO,<br>　　　Plaintiff,<br><br>vs.<br><br>TD BANK USA, N.A., and<br>TRANSUNION, LLC,<br>　　　Defendants. | CASE NO. GD-21-009595 |

### TRANS UNION, LLC'S NOTICE OF FILING NOTICE OF REMOVAL WITH THE UNITED STATES DISTRICT COURT

Please take notice that Defendant Trans Union, LLC has filed the attached Notice of Removal with the Clerk of the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

*/s/ Stanley W. Greenfield*
Stanley W. Greenfield, Esq. (PA #00622)
Greenfield & Kraut
6315 Forbes Ave, Suite 110A
Pittsburgh, PA  15217
Telephone: (412) 261-4466
Fax: (412) 261-4408
E-Mail:  greenfieldandkraut@verizon.net

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **8th day of February, 2022**, properly addressed as follows:

| |  |
|---|---|
| **for Plaintiff Susan Bartko**<br>Joshua F. Ward, Esq.<br>Kyle H. Steenland, Esq.<br>J.P. Ward & Associates, LLC<br>201 South Highland Avenue, Suite 201<br>Pittsburgh, PA  15206 | |

*/s/ Stanley W. Greenfield*
Stanley W. Greenfield, Esq.(PA #00622)
Greenfield & Kraut
6315 Forbes Ave, Suite 110A
Pittsburgh, PA  15217
Telephone: (412) 261-4466
Fax: (412) 261-4408
E-Mail:  greenfieldandkraut@verizon.net

*Counsel for Defendant Trans Union, LLC*